UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re: )
) Case No. 16-31984
KING PAR, LLC a/k/a KC ) Chapter 7
ACQUISITION COMPANY, LLC, )
) Hon. Daniel S. Opperman
Debtor. )
)

## NOTICE OF FILING LIST OF CREDITORS

PLEASE TAKE NOTICE that pursuant to the Notice of Order for Relief [Dkt. No. 42-1], 11 U.S.C. § 521, and Fed. R. Bank. P. 1007, King Par, LLC a/k/a KC Acquisition Company, LLC (the "Debtor") files the List of Creditors attached hereto as Exhibit A.

Respectfully submitted,

CLARK HILL PLC

By: /s/ Joel D. Applebaum
Joel D. Applebaum (P36774)
151 S. Old Woodward Ave., Ste. 202
Birmingham, MI 48009
Telephone: (248) 988-5883
Facsimile: (248) 988-2503
Email: japplebaum@clarkhill.com

Date: November 14, 2016     Attorneys for the Debtor

# EXHIBIT A

| Vendor | Name | Contact Person | Phone Number 1 | City | Fax Number | Email Address |
|---|---|---|---|---|---|---|
| ACCOUNTC | ACCOUNT CONTROL TECHNOLOGY, INC | | | CANOGA PARK | | |
| 8500 | ACCUFLI INC | | 604-783-2188 | FUYANG CITY | | SAM@ACCUFLI.COM |
| ADSPLUS | ADS PLUS | | 810.659.7190 | FLUSHING | | |
| ADVANCEDCA | ADVANCED CARRIER TECHNOLOGIES, LLC | | 888-248-2133 | WATERFORD | 888-248-2133 | |
| ADVERTISIN | ADVERTISING SPECIALTY INSTITUTE | | 800-546-1350 | WILMINGTON | 215-953-3945 | WWW.ASICENTRAL.COM |
| 10000 | ARLEN INTERNATIONAL CORPORATION | RICKY CHEN | | TAIPEI | | |
| ASHLORSS | ASHLOR STAFFING SERVICES | | | FLINT | | |
| BARRACUDA | BARRACUDA NETWORKS, INC | | | PASADENA | | |
| BELLWAREHO | BELL WAREHOUSING & MFG. SERV | | 810-787-4660 | FLINT | | |
| BRENTSPA | BRENT SPANGENBERG SALES | | 714-970-9348 | LAGUNA BEACH | 714-701-9808 | BSPANG@SBCGLOBAL.NET |
| BRIANWEB | BRIAN WEBBER | | | FLUSHING | | |
| BRIDGEST | BRIDGESTONE SPORTS | | (707)787-7400 | CAROL STREAM | (770)786-6416 | |
| BURGESSL | BURGESS LATHING AND PLASTERING | | | FLUSHING | | |
| CADDYPRO | CADDYPRO GOLF PRODUCTS | FRAN HASENHUNDL | 780-414-0668 | EDMONTON | | |
| CANADIAN | CANADIAN AMERICAN | | (810)733-1400 | BURTON | | |
| CAROHOSI | CAROLINA HOSIERY MILLS | | 336-226-5581 | BURLINGTON | 336-226-9721 | |
| CHARTERTAX | CHARTER TOWNSHIP OF FLINT | | | FLINT | | |
| CHARTERT | CHARTER TWP OF FLINT | | | FLINT | | |
| CINTAS | CINTAS CORPORATION #308 | | 810-2305580 | SWARTZ CREEK | | |
| CLARKHIL | CLARK HILL | | | PITTSBURGH | | |
| CLARKHILL | CLARK HILL P.L.C. | | 248-642-9692 | PITTSBURG | | |
| CLEARRATE | CLEAR RATE COMMUNICATIONS | | 877-877-4799 | LANSING | | |
| COMMERCE | COMMERCE TECHNOLOGIES | | | CHICAGO | | |
| COMMERCEHU | COMMERCEHUB | | | CHICAGO | | |
| COMPTROLLE | COMPTROLLER OF PUBLIC ACCOUNTS | | | AUSTIN | | |

| Vendor | Name | Contact Person | Phone Number 1 | City | Fax Number | Email Address |
|---|---|---|---|---|---|---|
| CONSUMERTE | CONSUMER TESTING LABORATORIES | | | ATLANTA | | |
| CONSUMER | CONSUMERS ENERGY | | (800)371-9811 | CINCINNATI | | |
| CROSSMARK | CROSSMARK | | 469-814-1000 | DALLAS | | accountspayable@crossmark.com |
| DEANSMITH | DEAN SNOW PLOWING | | | FLINT | | |
| DILLARDS | DILLARDS DEPT STORES, INC. | | | LITTLE ROCK | | |
| DOERENMAY | DOEREN MAYHEW INSURANCE GROUP | | | TROY | | |
| DOUGBETH | DOUG BETHEL SALES INC. | | 262-248-0466 | LAKE GENEVA | 262-248-2298 | |
| ESTESEXP | ESTES EXPRESS LINES | | | RICHMOND | | |
| FAYKENRICK | FAY KENRICK | | | FLINT | | |
| FEDERALE | FEDEX | | | PITTSBURGH | | |
| FIFTHTHISM | FIFTH THIRD BANK - SMARTMOVE | | | GRAND RAPIDS | | |
| 27000 | FOREMOST GOLF MFG., LTD | GAVIN LEE | | | | |
| 54000 | FORMOSA GOLF CORPORATION | EILEEN | | CHEN ZUH | | |
| FATHEAD | Fathead LLC | | 313-373-6061 | Chicago | | |
| BERNGARS | GARSEN GOLF LLC | | | MIAMI | | |
| GEARFORS | GEAR FOR SPORTS | | 800-255-1065 | CHICAGO | | |
| 23550 | GH GRIFFITH HACK | | | MELBOURNE | | |
| GILLROYS | GILLROYS | | (810)659-2291 | FLUSHING | (810)659-5019 | |
| 25000 | GOLF LOGISTICS, LTD | | 852-2511-3328 | | 852-2507-3968 | |
| 26000 | GOLF TECH SYSTEMS LTD | LARRY CADORNIGA | 886 3 2128231 | TAIWAN | 886 3 2128233 | |
| GREATLA | GREAT LAKES PKG SUPPLY, INC | | 248-548-1116 | OAK PARK | | |
| GREGNORM | GREG NORMAN | | 888-667-6264 | CHARLOTTE | | |
| HARVEYLOPE | HARVEY LOPEZ | | | SAN ANTONIO | | |
| INTERACT | INTERACTIVE FRONTIERS, INC | | 734-357-2214 | PLYMOUTH | 734-357-2961 | |
| INTERNAL | INTERNAL REVENUE SERVICE | | | OGDEN | | |
| INTERNATMA | INTERNATIONAL BUSINESS MACHINES | | | PITTSBURGH | | |
| 29000 | INTERTEK TESTING SERVICES HONG KONG | | 852-2173-8888 | HONG KONG | | |
| JOHNCAREY | JOHN CAREY | | 1-207-363-5411 | YORK | 1-207-363-7101 | jcareygolf@aol.com |

| Vendor | Name | Contact Person | Phone Number 1 | City | Fax Number | Email Address |
|---|---|---|---|---|---|---|
| JOHNLIND | JOHN T LINDHOLM, TRUSTEE | | 810-579-3600 | GRAND BLANC | 810-579-1748 | |
| JOHNNYAP | JOHNNY APPLESEED INC. | | (810)658-4444 | DAVISON | (810)658-6644 | |
| JP8 | JP8 Logistic Services LLC | | 714-867-1914 | Garden Grove | | |
| JUDITHDO | JUDITH DODD | | | FLUSHING | | |
| JULIESWA | JULIE SWARTZ | | | FLINT | | |
| KENEWELL | KENEWELL GROUP | | 810-714-4290 | FENTON | 810-714-4675 | |
| KINGPAR | KING PAR CORP | | | | | |
| 29500 | KINGSTAR SPORTS LIMITED | | | DOUNGGUAN CITY | | JON.H.WANG@ME.COM |
| LASERLAB | LASER LABEL TECHNOLOGIES | | 800-882-4050 | ATLANTA | (800)395-4721 | |
| LEASEOPER | LEASE OPERATIONS | | 888-978-6353 | ATLANTA | | |
| 33050 | LINGHUI GOLF ACCESSORIES FACTORY | JOHNSON HUANG | 86-769-87297102 | DONGGUAN CITY | | |
| 33550 | MACNEILL ENGINEERING COMPANY, INC. | | 852-2730-9696 | MARLBOROUGH | 852-2736-8885 | SALES@MACNEILLASIA.COM OR CHERRIE@MACNEILLASIA.COM |
| DSLTRANSCA | MAERSK LOGISTIC | | | CITY OF INDUSTRY | | |
| MALINDISTR | MALIN DISTRIBUTORS/TRI CITY | | | DAVISON | | |
| MARK* | MARK R. WHRITNER | | 619-507-3856 | SAN DIEGO | | |
| MCLARENM | MCLAREN MEDICAL MANAGEMENT | | | DETROIT | | |
| MICHALESHA | MICHAEL P.C. SHAW | | 843-729-5929 | SUMMERVILLE | | MICHAELSHAW@BERMUDASANDSAPPAREL.COM |
| MIKERUTT | Michael Rutt | | 248-310-0106 | Bloomfield Hills | | |
| 36000 | NEO FIBER INDUSTRIAL CO. LTD. | | | KOWLOON | | |
| NIKE | NIKE INC | | (800)922-6453 | DALLAS | (503)532-7990 | |
| 38500 | NINGBO WENTAI SPORTS EQUIPMENT CO., LTD | CAROLYN MA | 00886-574-86813365 | XINQI TOWN | 00886-574-868 | SALES@NBWENTAI.COM |
| OFFICEDE | OFFICE DEPOT | | (313)207-1440 | DETROIT | (313)207-1442 | |
| ORIONENGER | ORION ENERGY SYSTEMS, INC | | 1-800-660-9340 | ST CLOUD | 920-892-5451 | |
| ORKINPES | ORKIN PEST CONTROL | | 810-789-6880 | SAGINAW | | |
| 40300 | PADERSON SPORTING GOODS | | 011-886-4-2355-5698 | TAICHUNG | 011-886-4-2350-5408 | |

16-31984-mar    Doc 44    Filed 11/14/16    Entered 11/14/16 15:40:11    Page 5 of 9

| Vendor | Name | Contact Person | Phone Number 1 | City | Fax Number | Email Address |
|---|---|---|---|---|---|---|
| PITNEY8504 | PITNEY POWES - PP | | 800-997-9907 | PITTSBURGH | | |
| PLAYIT1122 | PLAY IT AGAIN SPORT 11229 | | | PIO RANCHO | | |
| PLAYIT1108 | PLAY IT AGAIN SPORTS | | | BAKERSFIELD | | |
| PLYMOUTH | PLYMOUTH PACKAGING INC | BEV 810-229-1846 | (734)453-6700 | DETROIT | (734)453-5196 | |
| POSTMAST | POSTMASTER | | | FLINT | | |
| PRINCIPL | PRINCIPLE PLASTICS | | (310)532-3411 | GARDENA | | |
| 44000 | PRO SATURN INDUSTRIAL CO. | JACKSON/ASLING CHANG | 886 7 370 2958 | SHANGHAI | 886 7 370 2199 | |
| PROGENT | PROGENT INFORMATION TECHNOLOGY | | | SACRAMENTO | | |
| PROSHIP | PROSHIP | | 414-302-2929 | BROOKFIELD | 414-302-2930 | |
| 45500 | QINGDAO JINBAI PRECISE METALS CO., LTD | | 0086-13853257567 | QUNDAGO CITY | 86-532-88281928 | |
| RDFRANCHI | R. D. FRANCHI, CPA, PLLC | | 248-674-0341 | WATERFORD | 248-674-4290 | |
| RETAILNAV | RETAIL NAVIGATOR CONSULTING, INC. | | 949-376-6744 | LAGUNA BEACH | | |
| RICHARDC | RICHARD COXON | | | FLINT | | |
| ROSSSTUA | ROSS, STUART AND DAWSON INC | | | AUBURN HILLS | | |
| ROYALLIN | ROYAL LINKS | | | LAS VEGAS | | |
| ROYALTEES | ROYAL TEES GOLF LLC | RON PHILLIPS | 517-783-5911 | JACKSON | 517-793-9911 | |
| SAFEKLEE | SAFETY-KLEEN SYSTEMS, INC | | 989-753-3261 | PITTSBURG | | |
| SAMSCLUB | SAM'S CLUB | | | FLINT | | |
| 46550 | SCANNA CO., LTD | | 88662461321 | TAINAN | 88662461320 | MAXINE@SCANNA.COM.TW |
| 53000 | SHIN-WOO IND. CORP. | YOUNG SUK | | KWANGJU-SI | | |
| SHREEXPE | SHRED EXPERTS | | 989.752.4200 | SAGINAW | 989.752.4203 | |
| 57000 | SHUN XING LONG GOLF PRODUCTS CO., LTD | CHARLES CHIANG | 86-189-28609328 | SHUNDE, FOSHAN CITY | 86-757-223951 | CC7416@YAHOO.COM.TW, SANDY7416@AOL.COM, DALYWEI@163.COM |
| SOCIALSE | SOCIAL SECURITY ADMINISTRATION | | | WILKES-BARRE | | |
| SPARTAND | SPARTAN DISTRIBUTORS, INC. | | | DETROIT | | |

| Vendor | Name | Contact Person | Phone Number 1 | City | Fax Number | Email Address |
|---|---|---|---|---|---|---|
| SPECIALI | SPECIALIZED MARKETING | | (214)630-8771 | DALLAS | (214)630-8970 | |
| SPOOSALE | SPOONER SALES INC | | 810-736-1600 | FLINT | 810-736-1910 | |
| SPRINGMO | SPRING MOUNTAIN WATER CO | | (810)767-3825 | FLINT | | |
| STATECOMP | STATE COMPTROLLER | | 800-252-8880 | AUSTIN | | |
| STATEMIC | STATE OF MICHIGAN | | | LANSING | | |
| SULLIVAN | SULLIVANS CATERING | | | | | |
| 58000 | SUMMIT IMPORT & EXPORT INTERNATIONAL LTD | CHRIS LIN/LINDA HSU | 852-277-01212 | MONGKOK | | |
| SUPPLYCH | SUPPLY CHAIN SHIPPING LLC | David Freas Jr. | 616-554-8918 | KENTWOOD | 616-554-8901 | dfreas@scsolutionsinc.com |
| TASKPERG | TASK PERFORMANCE GROUP | | | ARLINGTION HEIGHTS | | |
| TAYLORMA | TAYLOR MADE GOLF | FRED WOLFORD | (800)864-7229 | CARLSBAD | (760)918-6012 | GOLF.COM |
| TECSYS | TECSYS INC. | ROBERT EXT. 2656 | (514)333-0000 | CHICAGO | | |
| EPPRO | THE CIT GROUP/COMMERCIAL SERVICES | | 212-302-7255 | CHARLOTTE | | |
| GREATPUT | THE GREAT PUT ON INC | | (810)733-8021 | FLINT | | |
| TITLEIST | TITLEIST | | 800-225-8500 | CHICAGO | 508-979-3913 | |
| TOSHIBAFIN | TOSHIBA FINANCIAL SERVICES | | 507-532-7755 | ST. LOUIS | 800-328-9092 | |
| TRUETEMP | TRUE TEMPER SPORTS | | (901)746-2000 | ATLANTA | (901)746-2160 | |
| TRUGREEN | TRUGREEN-FLINT 2784 | | (810)235-1600 | LOUISVILLE | | |
| USCUSTOMS | U.S. CUSTOMS AND BORDER PROTECTION | | | ATLANTA | | |
| UNDERARMOU | UNDER ARMOUR | | 410-454-6728 | BALTIMORE | 410-510-1913 | |
| UPS | UPS | | | WEST COLUMBIA | | |
| USBANKATFS | USBANK A TFS PROGRAM | | 800-828-8246 | ST. LOUIS | | |
| VERIZONW | VERIZON WIRELESS | | | ALBANY | | |
| WASTEMAN | WASTE MANAGEMENT | | (810)743-7430 | CAROL STREAM | | |
| WENDIECU | WENDIE CULVER | | | | | |
| WILSONSP | WILSON SPORTING GOODS CO. | | (773)714-6400 | CAROL STREAM | | |
| WINSELEC | WIN'S ELECTRICAL | | (810)744-2889 | BURTON | 810-744-2913 | |
| YOUNGBAS | YOUNG AND BASILE P.C. | | (248)649-3333 | TROY | | |
| 66000 | YOUNG LEISURE GOLF CO. LTD. | LOUIS YOO | 727-939-1443 | TARPON SPRINGS | 727-969-1444 | |
| YOUNG | YOUNG R BASILE, P.C. | | 734-662-0270 | ANN ARBOR | 734-662-1014 | |
| | TOTAL | | | | | |

| Vendor Name | Address 1 | Address 2 | City | State | Zip Code | Phone Number 1 |
|---|---|---|---|---|---|---|
| AVEO MOR LLC | 4314 WOODVIEW DR | | ROGERS | AR | 72758 | (704) 293-8298 Ext. 0000 |
| BITE LLC | TYCO CAPITAL/COMMERCIAL S | PO BOX 1036 | CHARLOTTE | NC | 28201 | (425) 869-1585 Ext. 0000 |
| BOOKLEGGER | P.O. BOX 2626 | | GRASS VALLEY | CA | 95945 | (800) 262-1556 Ext. 0000 |
| CALLAWAY GOLF | PO BOX 9002 | | CARLSBAD | CA | 92018-9002 | (800) 228-2767 Ext. 4271 |
| CENTURY MARKETING CORP | 12836 DIXIE HWY | | BOWLING GREEN | OH | 43402-9697 | (419) 354-2591 Ext. 0000 |
| CHRIS COFFMAN | 2003 DAY ST | | ANN ARBOR | MI | 48104-3605 | (734) 678-0122 Ext. 0000 |
| DANCIN' DOGG | LB 3336 | PO BOX 9438 | MINNEAPOLIS | MN | 55440-9438 | (231) 421-2396 Ext. 0000 |
| DESIGNS BY DEE DEE | 947 8TH AVENUE | P.O. BOX 1282 | COLUMBUS | GA | 31902 | (800) 338-6837 Ext. 0000 |
| DUCK PRESS | 3957 EAST SPEEDWAY SUITE 202 | | TUCSON | AZ | 85712 | (520) 795-1700 Ext. 0000 |
| ECCO | P.O. BOX 83360 | | WOBURN | MA | 01813-3360 | (603) 537-9320 Ext. 0000 |
| ENCORE GROUP | PO BOX 847186 | | BOSTON | MA | 02284-7186 | (800) 334-0426 Ext. 0000 |
| FORRESTER'S INC | 17230 NE SACRAMENTO ST | | PORTLAND | OR | 97230-5940 | (800) 556-4653 Ext. 0000 |
| GIFT BOX CORP OF AMERICA | 305 VETERANS BLVD | | CARLSTADT | NJ | 07072 | (201) 933-9777 Ext. 0000 |
| Golf County Inc | 4730 Smiths Creek Road | | Kimball | MI | 48074 | (810) 364-9160 Ext. 0000 |
| HUFFY SPORTS CANADA INC | C/O HUNTINGTON NATIONAL B | DEPT L-2493 | COLUMBUS | OH | 43260-2493 | (800) 280-6688 Ext. 0000 |
| J & M GOLF | 319 INDUSTRIAL DR | | GRIFFITH | IN | 46319 | (800) 346-7788 Ext. 0000 |
| Jimmy Hack Golf LLC | PO Box 1175 | | Easley | SC | 29641 | |
| KARSTEN MFG CO | PO BOX 52450 | | PHOENIX | AZ | 85072-2450 | (800) 528-2268 Ext. 0000 |
| LINKSOUL | 530 S COAST HWY | | OCEANSIDE | CA | 92054 | (760) 231-7069 Ext. 0000 |
| LOFT8 PERFORMANCE APPAREL | 345 NUGGET AVENUE, NO. 14 | | SCARBOROUGH | ON | M1S 4J4 | (416) 840-0724 Ext. 0000 |
| MAXX DISTRIBUTION | 7431 S MADISON ST | | TACOMA | WA | 98409 | |
| MIZUNO GOLF COMPANY | | P O DRAWER 101831 | ATLANTA | GA | 30392-1831 | (800) 966-1234 Ext. 0000 |
| NEW BALANCE | 2600 LUCIEN WAY | SUITE 100 | MAITLAND | FL | 32751 | (000) 000-0000 Ext. 0000 |
| NIKE INC | P O BOX 847648 | | DALLAS | TX | 75284-7648 | (800) 922-6453 Ext. 0000 |
| OAKLEY, INC. | FILE 55716 | | LOS ANGELES | CA | 90074-5716 | (800) 733-6255 Ext. 0000 |
| OGIO INTERNATIONAL, INC | LOCKBOX #774447 | 4447 SOLUTIONS CENT | CHICAGO | IL | 60677-4004 | (800) 922-1944 Ext. 0000 |
| PARAMOUNT APPAREL | PO BOX 790051 | | ST LOUIS | MO | 63179-0051 | (573) 732-4411 Ext. 0000 |
| PIPER GOLF ENTERPRISES | 30 KIRKS COURT | | ROCHESTER HILLS | MI | 48309 | (248) 375-6279 Ext. 0000 |
| PORTERLINE | 3629 THIRD AVE, SUITE 5 | | SAN DIEGO | CA | 92103 | (888) 620-3400 Ext. 0000 |
| RALPH LAUREN | POLO GOLF | 4100 BEECHWOOD DR | GREENSBORO | NC | 27410 | (800) 871-7656 Ext. 0000 |
| SISKIYOU GIFTS | 3551 AVION DR | | MEDFORD | OR | 97504 | (000) 000-0000 Ext. 0000 |
| SPIRIT LEATHERWORKS, L.L.C. | P.O. BOX 75359 | | CHICAGO | IL | 60675-5359 | (541) 434-6659 Ext. 0000 |
| SRIXON SPORTS USA | DEPT. 3355 | PO BOX 123355 | DALLAS | TX | 75312-3355 | (888) 477-4966 Ext. 0000 |
| ST ANDREWS PRODUCTS | 500 MARINER DRIVE | | MICHIGAN CITY | IN | 46360 | (800) 628-9922 Ext. 0000 |
| SWITCH | | | | | | |
| TACKI-MAC GRIPS | 22000 NORTHPARK DRIVE | | KINGWOOD | TX | 77339 | (281) 358-6738 Ext. 0000 |
| TAYLOR MADE-ADIDAS GOLF | MAXFLI DIVISION | P O BOX 406043 | ATLANTA | GA | 30384-6043 | (800) 768-4727 Ext. 0000 |
| THE TWISTER COMPANY | PO BOX 2058 | 101 MERROW ROAD | AUBURN | MAINE | 04211-2058 | (888) 332-3316 Ext. 3150 |
| TMAX GEAR | WELLS FARGO TRADE CAPITAL SERVICES,INC | PO BOX 360286 | PITTSBURGH | PA | 15250-6286 | (877) 862-9224 Ext. 0000 |
| TMAX GEAR | 701 PENNEL STREET | | HENDERSON | KY | 42420 | (877) 862-9224 Ext. 0000 |
| TOUR GOLF GROUP | 1301 PIERSON DRIVE | | BATAVIA | IL | 60510 | (866) 407-1010 Ext. 0000 |
| Town Talk Mfg Co Inc | 6310 Cane Run Rd | | Louisville | KY | 40258-2814 | (502) 933-7575 Ext. 0000 |

| Vendor Name | Address 1 | Address 2 | City | State | Zip Code | Phone Number 1 |
|---|---|---|---|---|---|---|
| UNIQUE CONCEPT | 1841 BRENNER ST | | SAGINAW | MI | 48602 | |
| VISTA DESIGN STUDIO | 5620 PASEO DEL NORTE | PO BOX 127-212 | CARLSBAD | CA | 92008 | (888) 727-4491 Ext. 0000 |
| WABEEK COUNTRY CLUB | 4000 CLUBGATE DRIVE | | BLOOMFIELD HILLS | MI | 48302 | (248) 539-7108 Ext. 0000 |