UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**
King Par, LLC,

Bankruptcy Case No. 16-31984
Honorable Daniel S. Opperman
Chapter 7

　　　　　　Debtor.
_____/

## ORDER REGARDING ALLOWANCE OF CLAIMS

This matter having come before this Honorable Court based upon stipulation of the parties; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Trustee shall be and is hereby authorized to execute and effectuate the stipulation as provided herein.

**IT IS FURTHER ORDERED** that the Trustee shall be and is hereby authorized pursuant to Bankruptcy Rule 9019 to settle and resolve its issues with JP Morgan Chase Bank, N.A. ("JPMC") and pay JPMC the full sum of $60,891.74 for its secured claim.

**IT IS FURTHER ORDERED** that JPMC shall be and is hereby allowed an unsecured claim in the amount of $75,860.00.

**IT IS FURTHER ORDERED** that to the extent necessary to carry out the provisions of this Order, JPMC is hereby granted relief from the automatic stay.

.

**Signed on February 28, 2017**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Daniel S. Opperman**
　　　　　　　　　　　　　　　　　　　　　　**Daniel S. Opperman**
　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**