# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 16-31984 | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | KING PAR, LLC | Date Filed (f) or Converted (c): | 08/25/2016 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 01/05/2017 |
| | | Claims Bar Date: | 03/22/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Preference Payment to Midwest Golf Mngt of Minnesota (u) | Unknown | $3,972.65 | | $3,972.65 | FA |
| 2 | Preference Payment to The Elk River Country Club, Inc. (u) | Unknown | $1,500.00 | | $1,500.00 | FA |
| 3 | Preference Payment to Town & Country Club (u) | Unknown | $2,146.25 | | $2,146.25 | FA |
| 4 | Preferenced to Bradley R. Behnke Golf Management, LLC (u) | Unknown | $5,480.14 | | $5,480.14 | FA |
| 5 | Preference to Emily Greens Golf Course (u) | Unknown | $3,243.09 | | $3,243.09 | FA |
| 6 | Preference Payment to Headwater Country Club (u) | Unknown | $3,613.85 | | $3,613.85 | FA |
| 7 | Petty Cash - Cash on Hand | $200.00 | $328.00 | | $328.00 | FA |
| 8 | Refund of overpayment on dental coverage for employees (u) | Unknown | $129.40 | | $129.40 | FA |
| 9 | J.P. Morgan Chase Checking 4860 | $3,384.03 | $100.00 | | $100.00 | FA |
| 10 | J.P. Morgan Chase Checking 7832 | $97,956.20 | $706.53 | | $706.53 | FA |
| 11 | Accounts receivable 90 days old or less | $179,297.22 | $0.00 | | $0.00 | FA |
| 12 | Accounts receivable Over 90 days old $350,605.54 face amount $131,818.05 doubtful or uncollectible accounts | $218,787.49 | $31,437.50 | | $32,068.19 | FA |
| 13 | Retail Goods | $500,000.00 | $13,611.62 | | $13,611.62 | FA |
| 14 | Desks, Chairs, Tables, Partitions | $10,000.00 | $272.23 | | $272.23 | FA |
| 15 | Retail Fixtures & equipment | $10,000.00 | $272.23 | | $272.23 | FA |
| 16 | Computers, Servers, Copy Machines | $15,000.00 | $408.35 | | $408.35 | FA |
| 17 | Misc. awards, autographs & pictures | $1,000.00 | $27.22 | | $27.22 | FA |
| 18 | Truck (1HTSCAAM81H359688) | $3,000.00 | $81.67 | | $81.67 | FA |
| 19 | Golf Range Equipment - Golf Ball Dispensors/Lawn Equip. | $12,000.00 | $326.68 | | $326.68 | FA |
| 20 | 5140 Flushing Rd., Flushing, MI Lessee | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Trademark License | $90,000.00 | $30,000.00 | | $90,000.00 | FA |

| Case No.: | 16-31984 | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | KING PAR, LLC | Date Filed (f) or Converted (c): | 08/25/2016 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 01/05/2017 |
| | | Claims Bar Date: | 03/22/2017 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | Refund from Consumers Energy Company for Utilities | (u) | Unknown | $8,215.26 | | $8,215.26 | FA |
| 23 | Preference against Puma North America, Inc. | (u) | Unknown | $16,500.00 | | $16,500.00 | FA |
| 24 | Fidelity Investments 401K overage | (u) | Unknown | $4,427.99 | | $4,427.99 | FA |
| 25 | Potential Preference against Gear for Sports, Inc. | (u) | Unknown | $17,365.65 | | $17,365.65 | FA |
| 26 | Pruco Life Insurance Term Policy | (u) | Unknown | $2,000,000.00 | | $2,001,718.23 | FA |
| 27 | Potential Preference against FedEx Corporation | (u) | Unknown | $17,000.00 | | $17,000.00 | FA |
| 28 | Refund from United States Treasury | (u) | Unknown | $49.23 | | $49.23 | FA |
| 29 | Preference Payment to Mizuno | (u) | Unknown | $3,527.48 | | $3,527.48 | FA |
| 30 | Pending Preference complaint against Calloway Golf | (u) | Unknown | $0.00 | | $0.00 | FA |

**Asset Notes:** Trustee resolved this matter by reducing Calloway Golf Company's claim by $15,000.00 p/o 3/26/19.

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $1,140,624.94 | $2,164,743.02 | | $2,227,091.94 | $0.00 |

**Major Activities affecting case closing:**

03/31/2019  Trustee has resolved all issues in this case and anticipates filing a Final Report no later than 8/25/2019.
03/31/2018  Trustee is currently collecting Account Receivables and is in the process of settling other potential claims in this case relating to preferential transfers.
03/10/2017  Trustee is reviewing records for potential transfers and collection of other assets.

| Initial Projected Date Of Final Report (TFR): | 08/25/2018 | Current Projected Date Of Final Report (TFR): | 08/25/2019 | /s/ SAMUEL D. SWEET |
|---|---|---|---|---|
| | | | | SAMUEL D. SWEET |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 16-31984 | **Trustee Name:** | Samuel D. Sweet |
| **Case Name:** KING PAR, LLC | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** **-***2217 | **Checking Acct #:** | ******3153 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 04/01/2018 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 03/31/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2016 | (1) | Midwest Golf Mngt of Minnesota | Turnover of Preference Payment | 1241-000 | $3,972.65 | | $3,972.65 |
| 12/02/2016 | (2) | The Elk River Country Club, Inc. | Turnover of Preference Payment | 1241-000 | $1,500.00 | | $5,472.65 |
| 12/02/2016 | (3) | Town & Country Club | Turnover of Preference Payment | 1241-000 | $2,146.25 | | $7,618.90 |
| 12/02/2016 | (4) | Bradley R. Behnke Golf Management, LLC | Turnover of Preference Payment | 1241-000 | $5,480.14 | | $13,099.04 |
| 12/02/2016 | (5) | Emily Greens Golf Course | Turnover of Preference Payment | 1241-000 | $3,243.09 | | $16,342.13 |
| 12/02/2016 | (6) | Headwater Country Club | Turnover of Preference Payment | 1241-000 | $3,613.85 | | $19,955.98 |
| 12/08/2016 | (7) | Samuel D. Sweet, Chapter 7 Trustee | Debtor turned over non-exempt petty cash to Trustee | 1229-000 | $328.00 | | $20,283.98 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.33 | $20,256.65 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.68 | $20,223.97 |
| 02/03/2017 | (8) | The Guardian Life Insurance Company of America | Refund of overpayment on Dental Coverage for Employees | 1290-000 | $129.40 | | $20,353.37 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.62 | $20,323.75 |
| 03/06/2017 | | Morgan Stanley | Payment on Sale of Tangible Personal Property p/o 3/1/2017 | * | $15,000.00 | | $35,323.75 |
| | {13} | | $13,611.62 | 1129-000 | | | $35,323.75 |
| | {14} | | $272.23 | 1129-000 | | | $35,323.75 |
| | {15} | | $272.23 | 1129-000 | | | $35,323.75 |
| | {16} | | $408.35 | 1129-000 | | | $35,323.75 |
| | {17} | | $27.22 | 1129-000 | | | $35,323.75 |
| | {18} | | $81.67 | 1129-000 | | | $35,323.75 |
| | {19} | | $326.68 | 1129-000 | | | $35,323.75 |
| 03/16/2017 | 3001 | JP Morgan Chase Bank, N.A. | Payment on Secured Claim p/o 2/23/2017. | 4210-000 | | $19,000.00 | $16,323.75 |
| 03/28/2017 | 3002 | JP Morgan Chase Bank, N.A. | Payment on Secured Claim p/o 2/23/2017. | 4210-000 | | $7,500.00 | $8,823.75 |

SUBTOTALS  $35,413.38  $34,089.63

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 16-31984 | Trustee Name: | Samuel D. Sweet | |
| Case Name: | KING PAR, LLC | Bank Name: | Bank of Texas | |
| Primary Taxpayer ID #: | **-***2217 | Checking Acct #: | ******3153 | |
| Co-Debtor Taxpayer ID #: | | Account Title: | | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $2,000,000.00 | |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $42.45 | $8,781.30 |
| 04/10/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $53.83 | | $8,835.13 |
| 04/10/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $850.00 | | $9,685.13 |
| 04/10/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $85.00 | | $9,770.13 |
| 04/10/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $922.59 | | $10,692.72 |
| 04/12/2017 | (12) | BJ's Wholesale Club Inc. | A/R Payment | 1129-000 | $36.22 | | $10,728.94 |
| 04/12/2017 | (12) | Scheels | A/R Payment | 1129-000 | $56.70 | | $10,785.64 |
| 04/12/2017 | (12) | Chameleons A&M, LLC | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $0.80 | | $10,786.44 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $935.00 | | $11,721.44 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $85.00 | | $11,806.44 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $85.00 | | $11,891.44 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $2,462.07 | | $14,353.51 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $1,456.48 | | $15,809.99 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $922.59 | | $16,732.58 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $85.00 | | $16,817.58 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | $330.48 | | $17,148.06 |
| 04/12/2017 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $1,388.24 | | $18,536.30 |
| 04/12/2017 | (22) | Consumers Energy Company | Refund for Utilities | 1290-000 | $53.95 | | $18,590.25 |
| 04/12/2017 | (22) | Consumers Energy Company | Refund for Utilities | 1290-000 | $195.31 | | $18,785.56 |
| 04/12/2017 | (22) | Consumers Energy Company | Refund for Utilities | 1290-000 | $1,566.92 | | $20,352.48 |
| 04/12/2017 | (22) | Consumers Energy Company | Refund for Utilities | 1290-000 | $3.46 | | $20,355.94 |
| 04/12/2017 | (22) | Consumers Energy Company | Refund for Utilities | 1290-000 | $3,041.82 | | $23,397.76 |
| 04/12/2017 | (22) | Consumers Energy Company | Refund for Utilities | 1290-000 | $341.50 | | $23,739.26 |
| 04/12/2017 | (22) | Consumers Energy Company | Refund for Utilities | 1290-000 | $29.71 | | $23,768.97 |
| 04/12/2017 | (22) | Consumers Energy Company | Refund for Utilities | 1290-000 | $2,982.59 | | $26,751.56 |

16-31984-mar    Doc 280    Filed 04/24/19    Entered 04/24/19 15:11:18    Page 4 of 14

SUBTOTALS  $20,952.85  $42.45

| Case No. | 16-31984 | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | KING PAR, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2217 | Checking Acct #: | ******3153 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/13/2017 | 3003 | Bold Technologies, Inc. | Payment for computer, server, firewall & router services | 2990-000 | | $1,014.01 | $25,737.55 |
| 04/25/2017 | 3004 | Bold Technologies | Payment for computer, server, firewall & router services | 2990-000 | | $700.00 | $25,037.55 |
| 04/27/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($53.83) | | $24,983.72 |
| 04/27/2017 | (12) | Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($922.59) | | $24,061.13 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($850.00) | | $23,211.13 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($85.00) | | $23,126.13 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($2,462.07) | | $20,664.06 |
| 04/27/2017 | (12) | DEP REVERSE: Chameleons A&M, LLC | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($0.80) | | $20,663.26 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($330.48) | | $20,332.78 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($1,456.48) | | $18,876.30 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($935.00) | | $17,941.30 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($922.59) | | $17,018.71 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($85.00) | | $16,933.71 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($85.00) | | $16,848.71 |
| 04/27/2017 | (12) | DEP REVERSE: Allen Maxwell & Silver Inc. | RETURNED CHECK FOR STOP PAYMENT | 1129-000 | ($85.00) | | $16,763.71 |

SUBTOTALS    ($8,358.84)    $1,714.01

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 16-31984 | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | KING PAR, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2217 | Checking Acct #: | ******3153 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2017 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $5,426.62 | | $22,190.33 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.57 | $22,168.76 |
| 05/19/2017 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $1,541.47 | | $23,710.23 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.49 | $23,673.74 |
| 06/14/2017 | (12) | Allen Maxwell & Silver, Inc. | A/R Payment | 1129-000 | $85.00 | | $23,758.74 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.03 | $23,721.71 |
| 07/20/2017 | (21) | Golf Premium Co., Ltd. | A/R Payment | 1129-000 | $30,000.00 | | $53,721.71 |
| 07/26/2017 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $85.00 | | $53,806.71 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.59 | $53,748.12 |
| 08/11/2017 | (12) | Shopko | A/R Payment | 1129-000 | $11,154.90 | | $64,903.02 |
| 08/11/2017 | (12) | Golf Shops, Inc. | A/R Payment | 1129-000 | $9,209.00 | | $74,112.02 |
| 08/23/2017 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $85.00 | | $74,197.02 |
| 08/30/2017 | (12) | Play It Again Sports | A/R Payment | 1129-000 | $1,322.00 | | $75,519.02 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $105.24 | $75,413.78 |
| 09/12/2017 | (23) | Puma North America, Inc. | Payment on Compromise w/Puma North America, Inc. p/o 8/22/2017 | 1241-000 | $16,500.00 | | $91,913.78 |
| 09/19/2017 | (12) | Allen Maxwell & Silver, Inc. | A/R Payment | 1129-000 | $85.00 | | $91,998.78 |
| 09/22/2017 | (24) | Fidelity Investments | Return of overpayment on 401K profit sharing plan | 1229-000 | $4,427.99 | | $96,426.77 |
| 09/28/2017 | 3005 | Melville Capital SPG, LLC | Payment for Life Expectancy Report of John Runyon | 2990-000 | | $2,000.00 | $94,426.77 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $134.39 | $94,292.38 |
| 10/04/2017 | (21) | Golf Premium Co., Ltd. | Payment on Compromise w/Golf Premium Co., Ltd. p/o 9/18/2017 | 1129-000 | $55,000.00 | | $149,292.38 |
| 10/25/2017 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $149,292.38 | $0.00 |
| | | | | SUBTOTALS | $134,921.98 | $151,685.69 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | |
|---|---|
| Case No. | 16-31984 |
| Case Name: | KING PAR, LLC |
| Primary Taxpayer ID #: | **-***2217 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2018 |
| For Period Ending: | 03/31/2019 |

| | |
|---|---|
| Trustee Name: | Samuel D. Sweet |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******3153 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $180,031.78 | $180,031.78 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $149,292.38 | |
| | | | Subtotal | | $180,031.78 | $30,739.40 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $180,031.78 | $30,739.40 | |

| For the period of 04/01/2018 to 03/31/2019 | | For the entire history of the account between 12/02/2016 to 3/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $180,031.78 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 | Total Comp/Non Comp Receipts | $180,031.78 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $30,739.40 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 | Total Comp/Non Comp Disbursements | $30,739.40 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $149,292.38 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| Case No. | 16-31984 | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | KING PAR, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2217 | Checking Acct #: | ******0017 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/25/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $149,292.38 | | $149,292.38 |
| 10/26/2017 | (25) | Gear for Sports, Inc. | Payment on Compromise w/Gear for Sports, Inc. p/o 10/3/2017 | 1241-000 | $17,365.65 | | $166,658.03 |
| 11/01/2017 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $85.00 | | $166,743.03 |
| 11/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $58.93 | $166,684.10 |
| 11/17/2017 | (12) | Allen Maxwell & Silver, Inc. | A/R Payment | 1129-000 | $85.00 | | $166,769.10 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $260.41 | $166,508.69 |
| 12/15/2017 | 5001 | Insurance Partners Agency, Inc. | Blanket Bond 11/1/17-11/1/18; Policy #3517698; Invoice No. 498194 | 2300-000 | | $56.04 | $166,452.65 |
| 12/18/2017 | (12) | Allen Maxwell & Silver, Inc. | A/R Payment | 1129-000 | $85.00 | | $166,537.65 |
| 12/22/2017 | | JP Morgan Chase Bank, NA | Turnover of Funds in Bank Account | * | $806.53 | | $167,344.18 |
| | {10} | | | $706.53 | 1129-000 | | $167,344.18 |
| | {9} | | | $100.00 | 1129-000 | | $167,344.18 |
| 01/03/2018 | (12) | Michigan Sporting Goods Distributors, Inc. | A/R Payment | 1129-000 | $367.35 | | $167,711.53 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $234.37 | $167,477.16 |
| 01/22/2018 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $85.00 | | $167,562.16 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $270.40 | $167,291.76 |
| 02/12/2018 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $85.00 | | $167,376.76 |
| 02/19/2018 | (27) | FedEx | Payment on Settlement w/FedEx Corporation p/o 3/1/2018 | 1241-000 | $17,000.00 | | $184,376.76 |
| 02/23/2018 | 5002 | ELIAS T. MAJOROS | Attorney for Trustee Fees p/o 2/23/18 | 3210-000 | | $49,776.00 | $134,600.76 |
| 02/23/2018 | 5003 | ELIAS T. MAJOROS | Attorney for Trustee Expenses p/o 2/23/18 | 3220-000 | | $301.41 | $134,299.35 |
| 02/27/2018 | 5004 | Mueller & Company, PC | Accountant for Trustee Fees p/o 2/26/2018 | 3410-000 | | $29,889.50 | $104,409.85 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $245.92 | $104,163.93 |
| 03/21/2018 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $85.00 | | $104,248.93 |
| | | | | SUBTOTALS | $185,426.91 | $81,092.98 | |

16-31984-mar   Doc 280   Filed 04/24/19   Entered 04/24/19 15:11:18   Page 8 of 14

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| Case No. | 16-31984 | | Trustee Name: | Samuel D. Sweet |
| --- | --- | --- | --- | --- |
| Case Name: | KING PAR, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2217 | | Checking Acct #: | ******0017 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $168.18 | $104,080.75 |
| 04/13/2018 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $85.00 | | $104,165.75 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $162.60 | $104,003.15 |
| 05/22/2018 | (12) | Allen Maxwell & Silver Inc. | A/R Payment | 1129-000 | $160.71 | | $104,163.86 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $167.90 | $103,995.96 |
| 06/19/2018 | 5005 | Samuel D. Sweet, PLC | First Interim Attorney for Trustee Fees p/o 6/15/2018 | 3110-000 | | $5,600.00 | $98,395.96 |
| 06/19/2018 | 5006 | Samuel D. Sweet, PLC | First Interim Attorney for Trustee Expenses p/o 6/15/2018 | 3120-000 | | $1,030.95 | $97,365.01 |
| 06/26/2018 | (28) | United States Treasury | Refund from United States Treasury | 1224-000 | $49.23 | | $97,414.24 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $159.82 | $97,254.42 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $156.94 | $97,097.48 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $156.69 | $96,940.79 |
| 09/13/2018 | (29) | Blakeley LLP | Payment on Settlement w/Mizuno p/o 8/20/2018 | 1241-000 | $3,527.48 | | $100,468.27 |
| 09/19/2018 | 5007 | Prudential | Term Essential Insurance Policy Premium Payment for 10/06/2018-10/05/2019; Policy No. L8 476 153 | 2420-750 | | $8,845.00 | $91,623.27 |
| 09/28/2018 | (12) | Torkin Manes LLP | DEPOSIT REVERSAL - NOT U.S. FUNDS | 1129-000 | $616.17 | | $92,239.44 |
| 10/03/2018 | (12) | Joseph A. Bledsoe, III, Chapter 13 Trustee | A/R Payment | 1129-000 | $5.26 | | $92,244.70 |
| 10/09/2018 | (26) | Pruco Life Insurance Company | Turnover of Life Insurance Proceeds for John J. Runyon | 1229-000 | $2,001,718.23 | | $2,093,962.93 |
| 10/09/2018 | 5007 | VOID: Prudential | VOID - Payment not required | 2420-753 | | ($8,845.00) | $2,102,807.93 |
| 10/19/2018 | 5008 | Insurance Partners | Supplemental Bond; Policy #4705629 10/10/18-10/10/19 | 2300-000 | | $41.00 | $2,102,766.93 |
| 10/29/2018 | 5009 | Samuel D. Sweet, PLC | Attorney for Trustee Fees Second & Final p/o 10/29/18 | 3110-000 | | $5,850.00 | $2,096,916.93 |

16-31984-mar    Doc 280    Filed 04/24/19    Entered 04/24/19 15:11:18    Page 9 of 14

SUBTOTALS    $2,006,162.08    $19,344.08

| Case No. | 16-31984 | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | KING PAR, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2217 | Checking Acct #: | ******0017 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2018 | 5010 | Samuel D. Sweet, PLC | Attorney for Trustee Expenses Second & Final p/o 10/29/18 | 3120-000 | | $432.74 | $2,096,484.19 |
| 10/31/2018 | (12) | Joseph A. Bledsoe, III, Chpt 13 Trustee | A/R Payment | 1129-000 | $0.50 | | $2,096,484.69 |
| 11/02/2018 | (12) | DEP REVERSE: Torkin Manes LLP | DEPOSIT REVERSAL - NOT U.S. FUNDS | 1129-000 | ($616.17) | | $2,095,868.52 |
| 11/02/2018 | (12) | Torkin Manes | A/R Payment - Check was already scanned on 9/28/18 and reversed on 11/2/18 because of bank error. Mailing check to Bank. | 1129-000 | $616.17 | | $2,096,484.69 |
| 11/09/2018 | (12) | Torkin Manes | A/R Payment | 1129-000 | ($151.95) | | $2,096,332.74 |
| 11/09/2018 | | Pinnacle Bank | Banking Fee for Canadian Check | 2600-000 | | $35.00 | $2,096,297.74 |
| 11/15/2018 | 5011 | Melville Capital, LLC | Life Settlement Broker Fees p/o 11/14/2018 | 3991-000 | | $40,000.00 | $2,056,297.74 |
| 11/15/2018 | 5012 | Melville Capital, LLC | Life Settlement Broker Expenses p/o 11/14/2018 | 3992-000 | | $2,450.00 | $2,053,847.74 |
| 11/30/2018 | 5013 | Elias Majoros | Attorney for Trustee Fees p/o 11/29/18 | 3210-000 | | $38,285.50 | $2,015,562.24 |
| 11/30/2018 | 5014 | Elias Majoros | Attorney for Trustee Expenses p/o 11/29/18 | 3220-000 | | $374.23 | $2,015,188.01 |
| 12/05/2018 | | Pinnacle Bank | Banking Fee for Canadian Funds | 2600-000 | | ($35.00) | $2,015,223.01 |
| 12/10/2018 | 5015 | Insurance Partners Agency, Inc. | Chapter 7 Blanket Bond 2018/2019 Renewal; Policy No. 3517698 | 2300-000 | | $282.21 | $2,014,940.80 |
| 01/22/2019 | (21) | DGW Enterprises, LLC | Payment on Sale of Trademarks and Domains p/o 1/15/2019 | 1129-000 | $5,000.00 | | $2,019,940.80 |
| 02/15/2019 | 5016 | D4, LLC | Administrative Expense for Mailing of Notices; Invoice No. SI-31661 | 2990-000 | | $187.69 | $2,019,753.11 |
| 03/11/2019 | 5017 | Charter Township of Flint | Payment for Interim Distribution p/o 3/7/2019 | 4110-000 | | $7,328.09 | $2,012,425.02 |
| 03/11/2019 | 5018 | Comptroller of Public Accounts | Payment for Interim Distribution p/o 3/7/2019 | 5800-000 | | $2,120.39 | $2,010,304.63 |
| 03/11/2019 | 5019 | Michigan Department of Treasury | Payment for Interim Distribution p/o 3/7/2019 | 5800-000 | | $44,749.44 | $1,965,555.19 |
| 03/11/2019 | 5020 | United Parcel Service | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $976.20 | $1,964,578.99 |
| 03/11/2019 | 5021 | Estes Express Lines | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $389.09 | $1,964,189.90 |
| 03/11/2019 | 5022 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $13,487.75 | $1,950,702.15 |
| | | | | SUBTOTALS | $4,848.55 | $164,551.08 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 9

| Case No. | 16-31984 | Trustee Name: | Samuel D. Sweet |
| --- | --- | --- | --- |
| Case Name: | KING PAR, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2217 | Checking Acct #: | ******0017 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2019 | 5023 | Cobra Puma Golf, Inc. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $21,588.54 | $1,929,113.61 |
| 03/11/2019 | 5024 | Acushnet Company | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $36,750.00 | $1,892,363.61 |
| 03/11/2019 | 5025 | Consumer Testing Laboratories Inc. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $595.03 | $1,891,768.58 |
| 03/11/2019 | 5026 | Clear Rate Communications, Inc. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $4,714.35 | $1,887,054.23 |
| 03/11/2019 | 5027 | Plymouth Packaging Inc. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $2,493.48 | $1,884,560.75 |
| 03/11/2019 | 5028 | Brent Spangenberg Sales | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $1,705.68 | $1,882,855.07 |
| 03/11/2019 | 5029 | CONSUMERS ENERGY COMPANY | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $4,216.95 | $1,878,638.12 |
| 03/11/2019 | 5030 | Interactive Frontiers, Inc. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $105.00 | $1,878,533.12 |
| 03/11/2019 | 5031 | Dynamic Brands | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $2,715.85 | $1,875,817.27 |
| 03/11/2019 | 5032 | FedEx Corporate Services Inc. as Assignee | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $3,732.41 | $1,872,084.86 |
| 03/11/2019 | 5033 | Advanced Carrier Technologies, LLC | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $10,819.95 | $1,861,264.91 |
| 03/11/2019 | 5034 | Spanner Ltd. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $1,125.18 | $1,860,139.73 |
| 03/11/2019 | 5035 | HongKong YuHui Indus. Co., Ltd. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $378,271.39 | $1,481,868.34 |
| 03/11/2019 | 5036 | TEAM EFFORT, INC. | VOID CHECK - Creditor Amended Claim to correct name and address | 7100-003 | | $2,219.49 | $1,479,648.85 |
| 03/11/2019 | 5037 | Pitney Bowes Global Financial Services LLC | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $291.52 | $1,479,357.33 |
| 03/11/2019 | 5038 | Pitney Bowes Global Financial Services LLC | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $829.28 | $1,478,528.05 |
| 03/11/2019 | 5039 | Mizuno USA c/o Cindy Bobbitt | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $3,224.72 | $1,475,303.33 |
| 03/11/2019 | 5040 | Bell Warehousing & Mfg. Service | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $2,510.40 | $1,472,792.93 |
| 03/11/2019 | 5041 | Coast to Coast Logistics, LLC | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $247.00 | $1,472,545.93 |
| 03/11/2019 | 5042 | RZD, PLC | Payment for Interim Distribution p/o 3/7/2019 - Power of Atty (Doc #266) - c/o Arlen International Corp. | 7100-000 | | $122,500.00 | $1,350,045.93 |
| | | | | SUBTOTALS | $0.00 | | $723,156.22 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 10

| Case No. | 16-31984 | | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|---|
| Case Name: | KING PAR, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2217 | | Checking Acct #: | ******0017 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2019 | 5043 | Ping, Inc. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $16,558.74 | $1,333,487.19 |
| 03/11/2019 | 5044 | Taylor Made Golf Company, Inc. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $45,524.13 | $1,287,963.06 |
| 03/11/2019 | 5045 | RZD, PLC | Payment for Interim Distribution p/o 3/7/2019 - Power of Atty (Doc #265)- c/o Pro Saturn Industrial Co. | 7100-000 | | $774,950.04 | $513,013.02 |
| 03/11/2019 | 5046 | Ashlor Staffing Services | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $1,273.30 | $511,739.72 |
| 03/11/2019 | 5047 | Comptroller of Public Accounts | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $147.70 | $511,592.02 |
| 03/11/2019 | 5048 | MacNeill Engineering Co Inc | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $26,098.83 | $485,493.19 |
| 03/11/2019 | 5049 | Canadian American | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $10,789.81 | $474,703.38 |
| 03/11/2019 | 5050 | Task Performance Group, Inc. | Payment for Interim Distribution p/o 3/7/2019 | 7100-000 | | $1,480.50 | $473,222.88 |
| 03/11/2019 | 5051 | Custom Branded Sportswear Inc | Payment for Interim Distribution p/o 3/7/2019 | 7200-000 | | $5,859.02 | $467,363.86 |
| 03/13/2019 | 5052 | Werre & Betzen Sales, Inc | Payment of Interim Distribution p/o 3/12/2019 (Docket #272) | 7100-000 | | $3,963.32 | $463,400.54 |
| 03/26/2019 | 5053 | Callaway Golf Co | Payment of Interim Distribution p/o 3/26/2019 | 7100-000 | | $19,385.04 | $444,015.50 |
| | | | | SUBTOTALS | $0.00 | $906,030.43 | |

16-31984-mar    Doc 280    Filed 04/24/19    Entered 04/24/19 15:11:18    Page 12 of 14

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 11

| | |
|---|---|
| Case No. | 16-31984 |
| Case Name: | KING PAR, LLC |
| Primary Taxpayer ID #: | **-***2217 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2018 |
| For Period Ending: | 03/31/2019 |

| | |
|---|---|
| Trustee Name: | Samuel D. Sweet |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0017 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,196,352.54 | $1,752,337.04 | $444,015.50 |
| | | | Less: Bank transfers/CDs | | $149,292.38 | $0.00 | |
| | | | **Subtotal** | | $2,047,060.16 | $1,752,337.04 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,047,060.16 | $1,752,337.04 | |

**For the period of 04/01/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,011,010.63 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,011,010.63 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $1,671,075.88 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $1,671,075.88 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 10/25/2017 to 3/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,047,060.16 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,047,060.16 |
| Total Internal/Transfer Receipts | $149,292.38 |
| | |
| Total Compensable Disbursements: | $1,752,337.04 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $1,752,337.04 |
| Total Internal/Transfer Disbursements | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 12

| | |
|---|---|
| Case No. | 16-31984 |
| Case Name: | KING PAR, LLC |
| Primary Taxpayer ID #: | **-***2217 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2018 |
| For Period Ending: | 03/31/2019 |

| | |
|---|---|
| Trustee Name: | Samuel D. Sweet |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0017 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,227,091.94 | $1,783,076.44 | $444,015.50 |

**For the period of 04/01/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,011,010.63 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,011,010.63 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $1,671,075.88 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $1,671,075.88 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 10/25/2017 to 3/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,227,091.94 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,227,091.94 |
| Total Internal/Transfer Receipts | $149,292.38 |
| | |
| Total Compensable Disbursements: | $1,783,076.44 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $1,783,076.44 |
| Total Internal/Transfer Disbursements | $149,292.38 |

/s/ SAMUEL D. SWEET

SAMUEL D. SWEET