UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

KING PAR, LLC a/k/a KC
ACQUISITION COMPANY, LLC,

      Debtor.
_____/

Chapter 7
Case No. 16-31984-DOF
Hon. Daniel S. Opperman

### STIPULATION FOR ENTRY OF ORDER CONCERNING CLAIM NUMBER 42 FILED BY JPMORGAN CHASE BANK

The Chapter 7 Trustee and JPMorgan Chase Bank, by their respective attorneys, hereby stipulate to the form, substance, and entry of the attached Order Concerning Claim Number 42 Filed by JPMorgan Chase Bank.

Approved:

| GOLD, LANGE & MAJOROS, P.C. | DICKINSON, WRIGHT, PLLC |
|---|---|
| /s/ Elias T. Majoros | /s/ Allison R. Bach |
| ELIAS T. MAJOROS | ALLISON R. BACH |
| Attorneys for Trustee | Attorney for JPMorgan Chase Bank |
| 24901 Northwestern Highway, Ste. 444 | 500 Woodward Ave., Ste. 4000 |
| Southfield, MI 48075 | Detroit, MI 48226 |
| (248) 350-8220 | (313) 223-3604 |
| emajoros@glmpc.com | ABach@dickinsonwright.com |
| (P41040) | (P68299) |

H:\GLM OTHER TRUSTEES\King Par, LLC (Sweet)\Claims\Claim 42 JPMorgan Chase Bank\Stipulaton for Entry of Order Concerning Claim No. 42.pko.docx